**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 97-50283
No. 97-50533
_____

MARK B. RASMUSSON, et al.,

Plaintiff-Appellants,

versus

LAWRENCE E. FROST, et al.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas
(EP-95-CV-475)

_____

November 9, 1998

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

The plaintiffs urge various causes of action based on alleged facts arising from a criminal investigation by numerous law enforcement officials. As the district court described the case, "the Plaintiffs, in essence, are complaining of being the targets of a criminal investigation that failed to produce evidence of indictable wrongdoing." In a detailed, comprehensive, and

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

convincing ninety-page Memorandum Opinion and Order entered on May 27, 1997, the district court determined that plaintiffs are entitled to no relief because, among other reasons, they have failed to state a claim, or their claims are barred by limitations, or the defendants are entitled to summary judgment.

We agree with the district court that "[t]he complaint in this action reads more like a script for an Oliver Stone movie than a suit for civil damages." Essentially for the reasons stated by the district court, the judgment is AFFIRMED.